

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00150-CV

| | | |
|---|---|---|
| In re: the Commitment of Maurice Bluitt | § | From the 372nd District Court |
| | § | of Tarrant County (D372-S-13193-16) |
| | § | July 12, 2018 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. The case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
 Chief Justice Bonnie Sudderth